```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

           SEP 3 0 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF GREGORY MEACHAM and BARBARA SHERVEN, as Personal Representative of the Estate of Gregory Meacham, | Case No. 3:11-cv-00218-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | Date: September 29, 2011 |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |

PRESENT: __EDWARD C. REED, JR.__          U. S. DISTRICT JUDGE

Deputy Clerk: __COLLEEN LARSEN__   Reporter: __NONE APPEARING__

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

**MINUTE ORDER IN CHAMBERS**

    On September 27, 2011, Plaintiff filed a Motion (#23) for Substitution of Party. IT IS ORDERED that Plaintiff's Motion (#23) is GRANTED and the caption shall be amended as set forth above.

                                        LANCE S. WILSON, CLERK

                                        By __/s/__
                                              Deputy Clerk