```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         SEP 3 0 2011

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF GREGORY MEACHAM and BARBARA SHERVEN, as Personal Representative of the Estate of Gregory Meacham,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., et al.,<br><br>    Defendants. | Case No. 3:11-cv-00218-ECR-VPC<br><br>MINUTES OF THE COURT<br><br>Date: September 29, 2011 |

PRESENT: __EDWARD C. REED, JR.__   U. S. DISTRICT JUDGE

Deputy Clerk: __COLLEEN LARSEN__ Reporter: __NONE APPEARING__

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

  On September 27, 2011, Plaintiff filed a Motion (#23) for Substitution of Party. IT IS ORDERED that Plaintiff's Motion (#23) is GRANTED and the caption shall be amended as set forth above.

                LANCE S. WILSON, CLERK

                By __/s/__
                   Deputy Clerk