UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF GREGORY MEACHAM and BARBARA SHERVEN,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., et al.,<br><br>        Defendants. | Case No. 3:11-cv-00218-ECR-VPC<br><br>ORDER |

    Defendant Wal-Mart Stores, Inc., submitted an offer of judgment (#41) filed on March 7, 2012. Plaintiff has accepted the offer of judgment (#40) filed on March 7, 2012.

    IT IS THEREFORE ORDERED that this case is closed. The Clerk of Court shall enter judgment accordingly.

    Dated this 9th day of March 2012.

                                        _____
                                        EDWARD C. REED, JR.
                                        United States District Judge